**DAVID M.C. PETERSON**
California Bar No. 254498
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: David_Peterson@fd.org

Attorneys for Defendant Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MAGISTRATE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MG8334-PCL |
| | ) | |
| Plaintiff, | ) | DATE: APRIL 23, 2008 |
| | ) | TIME: 1:30 P.M. |
| v. | ) | |
| | ) | NOTICE OF MOTION AND MOTION TO: |
| JESUS LUIS GONZALEZ, | ) | |
| | ) | PRESERVE EVIDENCE AND COMPEL |
| Defendant. | ) | DISCOVERY. |
| | ) | |
| | ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
W. MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 24, 2008, at 1:30 p.m., or as soon as this motion may be heard, Defendant Jesus Luis Gonzalez, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion.

//

//

//

//

//

//

# **MOTIONS**

Defendant Jesus Luis Gonzalez, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

(1)   Preserving Evidence.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 23, 2008             */s/ DAVID M.C. PETERSON*
                                  **DAVID M.C. PETERSON**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Mr. Gonzalez