**FILED**
MAY 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1601-BTM |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 111(a)(1)- |
| JESUS LUIS GONZALEZ ) | Assault on a Federal Officer |
| ) | (Misdemeanor) |
| Defendant. ) | |

The United States Attorney charges:

On or about April 19, 2008, within the Southern District of California, defendant JESUS LUIS GONZALEZ knowingly and intentionally did forcibly assault, resist, oppose, impede, and interfere with Department of Homeland Security, U.S. Customs and Border Protection, Canine Enforcement Officer I. Cuen while he was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1).

DATED:   5/15/08   .

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:lml:5/7/08