AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES OF AMERICA

v.

JESUS LUIS GONZALEZ

WAIVER OF INDICTMENT

CASE NUMBER: 08 MJ 8334
08CR1601-BTM

I, __JESUS LUIS GONZALEZ__, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 111(a)(1) - Assault on a Federal Officer (Misdemeanor), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on __5/15/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gonzalez Jesus_
JESUS LUIS GONZALEZ
Defendant

_DAVID M. PETERSON_
Counsel for Defendant

Before _____
JUDICIAL OFFICER

WMC:lml:5/6/08