UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 08CR1601-BTM
)
v. ) JUDGMENT AND COMMITMENT
)
JESUS LUIS GONZALEZ ) Diane Regan, Federal Defenders
) Defendant's Attorney

REGISTRATION NO. 06223298

VIOLATION: 18 U.S.C., Sec. 111(a)(1) - Assault on a Federal Officer (misdemeanor)

__x__ Defendant pleaded guilty to count one of the information
____ Count(s) _____ dismissed on the government's oral motion.

**JUDGMENT AND COMMITMENT**

__x__ Defendant is adjudged guilty on count one of the information

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
TIME SERVED.

__x__ SUPERVISED Release for a term of 1 year
on the following conditions:
__x__ obey all laws, Federal, State and Municipal
__x__ comply with all lawful rules and regulations of the probation department
____ not possess any narcotic drug or controlled substance without a lawful medical prescription
____ not transport, harbor or assist undocumented aliens
____ not reenter the United States illegally
____ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
    as directed by the probation officer
____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
    a low risk of future substance abuse.
____ Penalty assessment of $
__x__ Fine waived        ____ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

USMS - ELC
EXECUTED W/1 RL-EOS
6/25/08
(EB)

June 25, 2008
Date of Imposition of Sentence

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE
Entered on:

I hereby attest and certify on 6-25-08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _E. Flores_ Deputy